UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-62019-WPD

ERIC ROGERS,

    Plaintiff,

vs.

UPPERDECK PROPERTIES, LLC

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, ERIC ROGERS and the Defendant, UPPERDECK PROPERTIES, LLC (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against UPPERDECK PROPERTIES, LLC; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED December 18, 2023.

| | |
|---|---|
| By: **/s/ Alberto R. Leal** | By: /s/ Justin C. Sorel |
| Albert R. Leal, Esq. P.A. | Justin C. Sorel, Esq. |
| Florida Bar No.: 1002345 | Florida Bar No.: 0016256 |
| 8927 Hypoluxo Rd. #157 | COLE, SCOTT & KISSANE, P.A. |
| Lake Worth, FL 33467 | Esperante Building |
| Telephone: (954) 637-1868 | 222 Lakeview Ave., Suite 120 |
| Email: albertolealesq@gmail.com | West Palm Beach, Florida 33301 |
| Attorney for Plaintiff | Telephone (561) 383-9229 |
| | Facsimile (561) 683-8977 |
| | Primary e-mail: justin.sorel@csklegal.com |
| | Secondary e-mail: dolly.widelitz@csklegal.com |
| | Attorney for Defendant |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                           /s/ Justin C. Sorel
                                                         **Justin C. Sorel, Esq.**